**No. 44249.**—Protests 759660–G, etc., of A. L. Tuska Son & Co. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of Rockingham earthenware the same as that passed upon in *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.

**No. 44250.**—Protests 778065–G, etc., of Metropolitan Pottery Co. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of Rockingham earthenware the same as that passed upon in *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.

**No. 44251.**—Protests 821917–G, etc., of Frank P. Dow Co., Inc., et al. (Seattle).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of Rockingham earthenware the same as that passed upon in *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.

**No. 44252.**—Protests 851073–G, etc., of A. L. Tuska Son & Co. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of Rockingham earthenware the same as that passed upon in *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.

**No. 44253.**—Protests 936035–G, etc., of A. L. Tuska Son & Co. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of Rockingham earthenware the same as that passed upon in *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.

**No. 44254.**—Protests 952746–G, etc., of Butler Bros. (Seattle).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of Rockingham earthenware the same as that passed upon in *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.